IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERLE E. VAN HORN, | Case No. 2:09-cv-1446 |
| Plaintiff, | Judge Gary L. Lancaster |
| vs. | |
| SUHOR INDUSTRIES, INC. | |
| Defendant. | |

### ORDER OF COURT

AND NOW this 15 day of March 2010, upon consideration of plaintiff's response to show cause, IT IS HEREBY ORDERED that Plaintiff shall be have until April 12, 2010 to serve the complaint on defendant's local office and file proof of service with the court. Failure to do so will result in dismissal of plaintiff's complaint.

BY THE COURT:

/s/ G.L. Lancaster