IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MERLE E. VAN HORN, | Case No. 2:09-cv-1446 |
| Plaintiff, | Chief Judge Gary L. Lancaster |
| vs. | |
| SUHOR INDUSTRIES, INC. | |
| Defendant. | |

## ORDER OF COURT

AND NOW this \_\_\_21st\_\_\_ day of \_\_\_Feb\_\_\_, 2012, upon consideration of Plaintiff's Motion to Review, Strike, and/or in the alternative Reduce Taxation of Costs Pursuant to FRCP Rule 54(d), said Motion is hereby ~~Granted and costs shall not be taxed~~ Denied.

So Ordered,

_____ J.
CHIEF JUDGE GARY L. LANCASTER

1