# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERLE E. VAN HORN, | ) | Case No. 2:09-cv-1446 |
| | ) | |
| Plaintiff, | ) | Chief Judge Gary L. Lancaster |
| | ) | |
| vs. | ) | |
| | ) | |
| SUHOR INDUSTRIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW this __21st__ day of __Feb__, 2012, upon consideration of

Plaintiff's Motion to Review, Strike, and/or in the alternative Reduce Taxation of Costs

Pursuant to FRCP Rule 54(d), said Motion is hereby ~~Granted and costs shall not be taxed~~ Denied.

So Ordered,

_[signature]_

CHIEF JUDGE GARY L. LANCASTER

1